UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 24-20523 |
| Anilkumar R. Patel, | Chapter: | 7 |
| Debtor. | Judge: | JNP |

**NOTICE OF PROPOSED ABANDONMENT**

Douglas S. Stanger, Ch. 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
U.S. Post Office and Courthouse
401 Market Street
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on October 13, 2026 at 11:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4C. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: Please see Exhibit A attached hereto.

Liens on property:

Amount of equity claimed as exempt:

Objections must be served on, and requests for additional information directed to:

Name: Douglas S. Stanger, Ch 7 Trustee

Address: 1555 Zion Road, Northfield, New Jersey 08225

Telephone No.: (609) 645-1881

Anilkumar R. Patel
Case No. 24-20523-JNP

**EXHIBIT "A"**

Lawsuit against Lakhani Assoc., Narenda Lakhani, Darshan Lakhani, Sonali Mody, Lakhani Properties LLC, Lily Blue LLC, Brix Resources LLC. In addition to cases in NJ and MD, Debtor has claims related to loss of several LLCs, Lenders Liability Claim, Constructive Trust, Fraud, Brix Hospitalily hotel fraudulant deed in lieu and forced foreclosure, and other causes of action and damages. Estimated value $100,000,000