Form loccrtno − loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 24−20523−JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Anilkumar R. Patel
263 N. River Drive
Pennsville, NJ 08070

Social Security No.:
xxx−xx−8458

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

I Elizabeth Grassia , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

Lawsuit against Lakhani Assoc., Narenda Lakhani, Darshan Lakhani, Sonali Mody, Lakhani Properties LLC, Lily Blue LLC, Brix Resources LLC. In addition to cases in NJ and MD, Debtor has claims related to loss of several LLCs, Lenders Liability Claim, Constructive Trust, Fraud, Brix Hospitalily hotel fraudulant deed in lieu and forced foreclosure, and other causes of action and damages.

Dated: October 7, 2026
JAN: eag

Jeanne Naughton
Clerk