**Douglas S. Stanger (DS 5141)**
**FLASTER GREENBERG**
A Professional Corporation
1810 Chapel Avenue West
Cherry Hill, NJ 08002
Phone: 609-645-1881
Attorneys for Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE:<br><br>Anilkumar Patel,<br><br>Debtor. | CAMDEN VICINAGE<br>Case No.: 24-20523-JNP<br><br>Judge: Hon. Jerrold N. Poslusny, Jr. |

**APPLICATION FOR SECOND INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR FLASTER GREENBERG, P.C., COUNSEL FOR TRUSTEE PURSUANT TO 11 U.S.C. SECTION 330**

Applicant, Douglas S. Stanger, is a member of the firm of Flaster Greenberg, P.C., counsel for the Trustee, and as Trustee respectfully represents:

**I**

That Douglas S. Stanger has acted as Interim Trustee in the above-entitled proceedings under the Act of Congress relating to Bankruptcy, having accepted that appointment on or about October 25, 2024. Douglas S. Stanger is a shareholder of the law firm of Flaster Greenberg, P.C. ("Flaster") which firm was appointed as Counsel for the Trustee by Court Order dated February 5, 2025.

**II**

That this application seeks second interim compensation and reimbursement of expenses for the Flaster firm, as counsel for the Trustee.

**III**

That annexed hereto is the Certification of Douglas S. Stanger, Esquire, a shareholder of the Flaster firm, setting forth with particularity the work performed and a statement required by Rule 2016 of the Bankruptcy Rules, indicating no division of this compensation with any other person, excluding the members of the law firm of which I am a shareholder. All services performed by Douglas S. Stanger, Esq., were billed at a rate of $660.00 per hour in 2025 and $675.00 per hour in 2026. All services performed by Damien N. Tancredi, a shareholder with my firm, were billed at a rate of $570.00 per hour. All services performed by Diana M. Janansky, a paralegal with my firm, were billed at a rate of $215.00 per hour. These are the regular billable rates for these individuals during the aforementioned time.

WHEREFORE, Applicants pray that the court approve the application and authorize payment as follows:

A. Attorney's fees in the amount of $8,699.64[1]

B. Attorney's expenses in the amount of $247.50

Respectfully submitted,
Flaster/Greenberg P.C.

/s/Douglas S. Stanger
Douglas S. Stanger, Esquire

Date: November 16, 2026

[1] The value of professional services rendered totals $9,157.50 for the Flaster law firm for the period. Flaster agreed to voluntarily reduce the fees by 5%, thereby reducing the total to $8,699.64.