**Douglas S. Stanger (DS 5141)**
**FLASTER GREENBERG**
A Professional Corporation
1810 Chapel Avenue West
Cherry Hill, NJ 08002
Phone: 609-645-1881
Attorneys for Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE:<br><br>Anilkumar Patel,<br><br>Debtor. | CAMDEN VICINAGE<br><br>Case No.: 24-20523-JNP<br><br>Judge: Hon. Jerrold N. Poslusny, Jr. |

**CERTIFICATION IN SUPPORT OF**
**APPLICATION FOR SECOND INTERIM COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES FOR**
**FLASTER/GREENBERG, P.C.**

Douglas S. Stanger, of full age, hereby certifies:

1. I am a member of the Firm of Flaster/Greenberg P.C. ("Flaster").

2. The above-captioned Debtor filed a Chapter 7 petition under the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey on October 24, 2024.

3. Flaster was retained as Counsel for the Trustee pursuant to an Order dated February 5, 2025 (attached hereto as Exhibit "A").

4. This Certification is submitted in support of Flaster's Application for Second Interim Compensation and Reimbursement of Expenses and covers the period from November 14, 2025, through October 13, 2026.

5. A substantial amount of time was expended analyzing certain very complex potential

litigation that debtor asserted related to decisions of the State Court in various actions. Issues then arose regarding the intended destruction of records relevant to this estate by a Receiver in one of those actions. Counsel was successful in preventing the destruction of those documents. Those documents are necessary for the potential litigation and claims issues which are to be resolved. An ultimate decision was made with assistance of counsel to abandon the potential cause of action and now proceed with resolving claims issues and proceeding to move toward closure of this case.

6. Exhibit "B" contains a detailed statement of the services rendered by the Flaster law firm as counsel for Trustee in this case. In such capacity a total of 8.50 hours were expended by me, 6.40 hours were expended by Damien N. Tancredi, a shareholder with my firm, and .30 hours were expended by Diana M. Janansky, a paralegal with my firm. Accordingly, and based upon the Flaster firm's regular rates, the value of professional services totals $9,157.50 for the law firm. Expenses for this case totaled $247.50. Flaster agreed to voluntarily reduce the fees by 5% thereby reducing the total fees to $8,699.64.

7. Counsel for the Trustee has agreed not to share this compensation with any other party other than members of the Flaster firm of which I am a shareholder.

WHEREFORE, Flaster requests that the Court approve the application and authorize payments as follows:

a. Counsel fees in the amount of $8,699.64

b. Expenses in the amount of $247.50

Respectfully submitted,
Flaster/Greenberg P.C.

/s/Douglas S. Stanger
Douglas S. Stanger, Esquire

Dated: November 16, 2026