UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Douglas S. Stanger, Esquire (DS5141)
Flaster/Greenberg P.C.
1810 Chapel Avenue West
Cherry Hill, NJ 08002
(609) 645-1881
Counsel for Trustee

**Order Filed on February 5, 2025**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:
Anilkumar R. Patel,
Debtor.

| | |
|---|---|
| Case No.: | 24-20523-JNP |
| Judge: | JNP |
| Chapter: | 7 |

Recommended Local Form: ☑ Followed ❒ Modified

**ORDER AUTHORIZING**
**RETENTION OF** FLASTER GREENBERG P.C.

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: February 5, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

# EXHIBIT "A"

In re: Anilkumar R. Patel

Case No.: 24-20523-JNP

Applicant: Douglas S. Stanger, Esquire, Chapter 7 Trustee

(check all that apply)
☑ Trustee: ☑ Chap. 7 ☐ Chap. 11 ☐ Chap. 13.

☐ Debtor: ☐ Chap. 11 ☐ Chap. 13

☐ Official Committee of ____________________________

Name of Professional: Flaster Greenberg P.C.

Address of Professional: 1810 Chapel Avenue West
Cherry Hill, NJ 08002

☐ Attorney for (check all that apply):

☑ Trustee ☐ Debtor-in-Possession

☐ Official Committee of ____________________

☐ Accountant for:

☐ Trustee ☐ Debtor-in-Possession

☐ Official Committee of ____________________

☐ Other Professional:

☐ Realtor ☐ Appraiser ☐ Special Counsel ☐ Auctioneer

☐ Other (specify): ________________________

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date of the original 341(a) hearing.

*Rev. 6/1/06; jml*